# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | § § § | |
| **v.** | § § | **CASE NO. 6:11cv492** |
| **ALCATEL-LUCENT USA INC.,** *et al.* | § § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | § § § | |
| **v.** | § § | **CASE NO. 6:13cv70** |
| **AVAYA, INC.** | § § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | § § § | |
| **v.** | § § | **CASE NO. 6:13cv71** |
| **DELL, INC.** | § § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | § § § | |
| **v.** | § § | **CASE NO. 6:13cv72** |
| **HEWLETT-PACKARD COMPANY** | § § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | § § § | |
| v. | § § | CASE NO. 6:13cv73 |
| **HUAWEI TECHNOLOGIES CO., LTD.**, *et al.* | § § § | |

********************************************************************

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | § § § | |
| v. | § § | CASE NO. 6:13cv74 |
| **JUNIPER NETWORKS, INC.** | § § § | |

********************************************************************

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | § § § | |
| v. | § § | CASE NO. 6:13cv76 |
| **POLYCOM, INC.** | § § § | |

********************************************************************

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | § § § | |
| v. | § § | CASE NO. 6:13cv77 |
| **SAMSUNG ELECTRONICS CO., LTD.** | § § § | |

********************************************************************

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | § § § | |
| v. | § | **CASE NO. 6:13cv78** |
| **SHORETEL, INC.** | § § § § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | § § § | |
| v. | § | **CASE NO. 6:13cv79** |
| **SONY CORPORATION,** *et al.* | § § § § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | § § § | |
| v. | § | **CASE NO. 6:13cv80** |
| **AXIS COMMUNICATIONS AB,** *et al.* | § § § § | |

## ORDER

Plaintiff initially filed Civil Action No. 6:11-CV-492 against twenty-six defendants alleging that certain of their products infringe US Patent No. 6,218,930. The Court entered an Amended Order on January 17, 2013, severing the remaining defendants in the case into the above-referenced separate Civil Action Nos. and consolidating them for pretrial issues, except venue. Subsequently, on March 5, 2013, the Court granted Defendants' Motion to Stay Pending *Inter Partes* Review. The Order directed the Clerk to administratively close the case. As these cases are consolidated, the Order was entered only in the lead case. The administrative closure, however, applies to each of the individual cases consolidated into the lead case. It is therefore

**ORDERED** that the Clerk shall administratively close each of the above-referenced individual cases pursuant to the Order entered in the lead case on March 5, 2013 (Docket No. 410).

So ORDERED and SIGNED this 30th day of December, 2013.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE