IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 TECHNOLOGIES, INC. | § § | |
| v. | § § | CASE NO. 6:13cv77 |
| SAMSUNG ELECTRONICS CO., LTD., *et al*. | § § § | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a decision having been duly rendered as to all claims,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED**.

So ORDERED and SIGNED this 17th day of April, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE